# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00197-CV

### In re Marcus Tyler Sheffield

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

We withdraw the opinion dated April 20, 2022, substitute the following opinion in its place, and deny relator's motion for rehearing.

Relator Marcus Tyler Sheffield has filed a petition for writ of mandamus complaining that the trial court has failed to rule on his renewed petition for expunction. To obtain mandamus relief for a failure to rule, Relator must establish that (1) the petition was properly filed and has been pending for a reasonable time; (2) the relator requested a ruling; and (3) the trial court refused to rule. *In re Sarkissian*, 243 S.W.3d 860, 861 (Tex. App.—Waco 2008, orig. proceeding). Having reviewed the petition and the record provided, Relator has failed to establish that his petition was properly filed. *See* Tex. Civ. Prac. & Rem. Code § 14.006(a), (b)(1) (authorizing courts to order inmates who have filed a claim to pay court fees and costs), § 14.011(a) (prohibiting the clerk from accepting filings of another claim by the inmate until the outstanding fees and costs are paid). Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed:   June 2, 2022